99 F.3d 289
 WMX TECHNOLOGIES, INC., f/k/a/ Waste Management, Inc., a
Delaware corporation, and Waste Management of
California, Inc., a California
corporation, Plaintiffs-Appellants,
v.
Edwin L. MILLER, Jr., as District Attorney of San Diego
County, California, Defendant-Appellee.
 No. 93-55917.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 26, 1996.
 
 Prior report: 80 F.3d 1315.
 ORDER
 Before: HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.